UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-24119-CIV-MORENO

LUZ MARINA CASTRILLON-LOPEZ,

    Movant

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Motion to Vacate **(D.E. No. 1)**, filed on **November 16, 2012**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 9)** on **June 25, 2013** and Plaintiff filed a Motion for Extension of Time to File Objections to the Report and Recommendation **(D.E. No. 10)** filed on **July 12, 2013**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues in the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 9)** on is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Motion for Extension of Time is DENIED as the Defendant pled guilty and the Motion to Vacate pursuant to 28 U.S.C. § 2255 is procedurally barred. It is also

**ADJUDGED** that the Motion for Certificate of Appealability is DENIED and this case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record